**STATE of Missouri, Respondent,**

v.

**Charles Neil HOMAN, Appellant.**

**No. WD 73803.**

Missouri Court of Appeals, Western District.

May 29, 2012.

Chris Koster, Attorney General, Laura E. Elsbury, Assistant Attorney General, Jefferson City, MO, for Respondent.

Kent Denzel, Assistant Public Defender, Columbia, MO, for Appellant.

Before Division II: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Charles N. Homan appeals the judgment of his convictions, following a jury trial in the Circuit Court of Buchanan County, Missouri, of two counts of first-degree statutory sodomy. We affirm in this *per curiam* order and have provided the parties a memorandum of law setting forth the reasons for our decision. Rule 30.25(b).